IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 NOV 14  PM 3: 11

CLERK'S OFFICE
AT BALTIMORE

BY____KR____DEPUTY

LEKAN/LAREN  OYEDOKUN

*Complaint for Employment Discrimination*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____JFM 16 CV 3705_____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

-against-

STATE OF MD DEPT OF PERSONEL
STATE OF MD MILITARY DEPT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            LEKAN/LAKEN OYEDOKUN

Street Address     3707 LOCHEARN DR

City and County    BALTO

State and Zip Code   MD        21207

Telephone Number   443-513-0330

E-mail Address     laken.oyedokun@gmail.com

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name            T. ELOISE FOSTER

Job or Title       SECRETARY OF PERSONEL
(if known)

Street Address     301 W PRESTON STR

City and County    BALTO

State and Zip Code   MD    21201

Telephone Number

E-mail Address     eloise.foster@Maryland.gov
(if known)

2

Defendant No. 2

Name — STATE PERSONEL DIRECTOR

Job or Title (if known) — MD MILITARY DEPARTMENT

Street Address — 29TH DIVISION SFR

City and County — BALTO

State and Zip Code — MD 21201

Telephone Number — 410-234-3838

E-mail Address (if known) —

Defendant No. 3

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name — MD MILITARY DEPARTMENT

Street Address — 29TH DIVISION STREET

City and County — BALTIMORE

State and Zip Code — MD 21201

Telephone Number — 410-234-3838

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

  ☑  Failure to hire me.

  ☑  Termination of my employment.

  ☑  Failure to promote me.

  ☑  Failure to accommodate my disability.

  ☑  Unequal terms and conditions of my employment.

  ☑  Retaliation.

  ☑  Other acts *(specify)*:  HARASSMENT & INTIMIDATION

  *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s) Nov 2000, 10/17/2014, 3/19/2014, 5/6/2014, 9/10/2014, 9/25/2014 10/3/2014, Jul 6 2016

C.  I believe that defendant(s) *(check one)*:

  ☒  is/are still committing these acts against me.

  ☐  is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

  ☑  race _____

  ☑  color _____

  ☐  gender/sex _____

  ☐  religion _____

  ☑  national origin _____

  ☐  age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

  ☑  disability or perceived disability *(specify disability)*
  ANXIETY DISORDER FROM TRAUMMATIC EXPERIENCE, SUBJECTED TO OVER THE YEARS.

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

1 – FAILURE TO HIRE/PROMOTE: THAT PLAINTIFF DISADVANTAGED ME FROM GAINFUL EMPLOYMENT AND PROMOTION BECAUSE OF MY RACE AND NATIONAL ORIGIN.

2 – CONSTRUCTIVELY DISCHARGED BY DEMOTING ME IN THE ORGANIZATION EVEN AS I OUTPERFORM PEERS ORGANIZATION WIDE SOLELY DUE TO NATIONAL ORIGIN/COLOR OF SKIN.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* AUG 2014

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* AUGUST 20 2016

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REINSTATEMENT TO RELEVANT ROLE AND SERVICES WITHIN MD STATE GOVT. RESTORATION OF SERVICE CREDITS AND BACK PAY ACCUMULATED OVER 25+ YRS IN SERVICE. BACK PAY COMMENSURATE WITH WHAT WAS PAID TO OTHERS WHO WERE GIVEN THE CREDIT FOR MY WORK. OTHER CIVIL PENALTIES DEEMED APPROPRIATE BY THE COURTS.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11 | 14 , 20 16

Signature of Plaintiff

Printed Name of Plaintiff   LAKEN   OYEDOKUN

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney        _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Address                    _____

Telephone Number           _____

E-mail Address             _____