IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAKEN OYEDOKUN                          *

v.                                      *     Civil No. – JFM-16-3705

STATE PERSONNEL DIRECTOR,               *
MARYLAND MILITARY                       *
DEPARTMENT, ET AL.                      *

******

## MEMORANDUM

Plaintiff has filed this action for employment discrimination. Defendant has filed a motion to dismiss. The motion will be granted.

Plaintiff has failed to allege any facts that support his claim for discrimination. Although plaintiff is appearing *pro se* and *pro se* pleadings are to be construed liberally, at the least plaintiff must allege facts that make his claim plausible on its face. *See Bell Atl. Corp v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: March 20, 2017

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge